# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT District of TEXAS

United States Courts
Southern District of Texas
FILED

JAN 1 5 2010

Clerk of Court

Case Number: 09-3858

Plaintiff:
**CALLE ASKEW**
vs.
Defendant:
**BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER HEALTHCARE, LLC, BAYER SCHERING PHARMA AG, BAYER AG,**

For:
    SCHLICHTER, BOGARD & DENTON, LLP

Received by ABC PROCESS SERVICE on the 18th day of December, 2009 at 11:46 am to be served on **BAYER HEALTHCARE LLC CORPORATION SERVICE COMPANY D/B/A LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701-3218.** I, MIKE TECHOW, being duly sworn, depose and say that on the 18 day of DEC., 2009 at 2:30 p.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving SUE VERTREESE as REGISTERED AGENT.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Subscribed and Sworn to before me on the ____ day of _____, ____ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # SCH1215
Appointed in accordance with State Statutes

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: 2009002857

DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Calle Askew )
)
*Plaintiff* )
v. ) Civil Action No. 09- 3858
Bayer Corporation, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare LLC
Corporation Service Company d/b/a Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218
USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russell S. Briggs of FIBICH, HAMPTON, & LEEBRON, L.L.P.,
1401 McKinney, Suite 1800, Houston, Texas 77010;

Roger Denton and Kristine Kraft of Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900, St. Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/09/09

*Signature of Clerk or Deputy Clerk*