AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Calle Askew | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-20034-DRH-PMF |
| Bayer HealthCare Pharamaceuticals Inc. etal | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAYER SCHERING PHARMA AG
Eva Gardyan-Eisenlor
Head of Law & Patents
Bayer Schering Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Roger Denton, Kristine Kraft, Elizabeth Wilkins & Megan Vanderbeek of
Schlichter, Bogard & Denton LLP
100 South Fourth St., Ste. 900
St. Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/26/10

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10-cv-20034-DRH-PMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Schering Pharma AG - Eva Gardyan-Eisenlor

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Registered Mail, Return Receipt Requested. Return card was received, Delivery Date was left blank. Delivery Date of 6/2/2010 was approximated from information obtained from United States Postal Service Track & Confirm Receipt.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/23/2010

*Stacey C. Miller* (signature)
*Server's signature*

Stacey C. Miller, Paralegal
*Printed name and title*

Schlichter, Bogard & Denton LLP
100 South 4th Street Ste. 900
St. Louis, MO 63102
*Server's address*

Additional information regarding attempted service, etc:

## Registered Mail Receipt (PS Form 3806)

**Registered No.** RA392760290US

**Date Stamp:** 0204 14 05/12/10

| Reg. Fee | $11.00 |
| --- | --- |
| Handling Charge | $0.00 |
| Postage | $13.45 |
| Return Receipt | $0.00 |
| Restricted Delivery | $0.00 |

Without Postal Insurance

Customer Must Declare Full Value: $0.00

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**FROM:**
Schlichter Bogard & Denton
100 S. 4th Street
St. Louis MO 63102

**TO:**
Bayer Schering Pharma AG
Eva Gardyan-Eisenlohr
Müllerstrasse 178
D-13353 Berlin Germany

PS Form 3806, June 2002 — Receipt for Registered Mail
Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com®

---

## Return Receipt (PS Form 2865)

Registered Article: RA 390 760 290

☒ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

Insured Value (Valeur déclarée): —

Office of Mailing (Bureau de dépôt) / Date of Posting (Date de dépôt): 5-12-10

Addressee Name or Firm: Bayer Schering Pharma AG   Eva Gardyan-Eisenlohr
Street and No.: Müllerstrasse 178  D-13353
Place and Country: Berlin, Germany

☐ The article mentioned above was duly delivered.

Signature of Addressee: [signature] Nettle

Office of Destination Employee Signature / Date: —

PS Form 2865, October 1992 (Reverse)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA39 2760 290U S**
Service(s): **Registered Mail**™
Status: **International Dispatch**

Your item left the United States from ISC NEW YORK NY(USPS) at 7:15 AM on May 20, 2010. No further information is available for this item.

Detailed Results:
- **International Dispatch, May 20, 2010, 7:15 am, ISC NEW YORK NY(USPS)**
- **Arrival**
- **Processed through Sort Facility, May 12, 2010, 6:29 pm, SAINT LOUIS, MO 63155**
- **Acceptance, May 12, 2010, 5:47 pm, SAINT LOUIS, MO 63155**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Track & Confirm
Enter Label/Receipt Number.
( Go > )



Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA